**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Chikevia Rena Roberts v. The State of Texas

Appellate case number:    01-12-00723-CR
                                   01-12-00724-CR
                                   01-12-00725-CR

Trial court case number:    1305295, 1305843 & 1305927

Trial court:              337th District Court of Harris County

The records in these appeals were due on September 4, 2012. The clerk's records were filed on August 30, 2012. The reporter's records have not been filed.

On September 19, 2012, the Clerk notified appellant that the court reporter responsible for preparing the records in these appeals had informed the Court that appellant had not made arrangements to pay for the records. The Clerk further notified appellant that unless the Court received written evidence that appellant had paid for or made arrangements to pay for the records within 20 days of the date of the notice the Court might consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

The 20 days expired, and the Clerk sent an additional notice to appellant on October 30, 2012, notifying appellant that unless the Court received written evidence that appellant had paid for or made arrangements to pay for the records within 5 days of the date of the second notice the Court would consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

The deadline for response has expired, and no written evidence that the appellant has paid or made arrangements to pay for the records has been filed with this Court. Accordingly, the Court will consider and decide those issues or points that do not require reporter's records for a decision.

Appellant's briefs are ORDERED to be filed within 30 days of the date of this order.

Appellee's briefs are ORDERED to be filed within 30 days of the filing of appellant's briefs.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
                  ☑   Acting individually    ☐  Acting for the Court

Date: November 30, 20125